# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
### CIVIL DOCKET FOR CASE #: 25CI1:22-cv-00297-WLK

HEAD v. NOTZ et al
Assigned to: Winston L Kidd

**Upcoming Settings:**

None Found

Date Filed: 05/16/2022
Current Days Pending: 50
Total Case Age: 50
Jury Demand: None
Nature of Suit: Negligence - Motor Vehicle (182)

**Plaintiff**
DONNA HEAD

represented by **Samuel F. Creasey**
MORGAN & MORGAN, PLLC
4450 Old Canton Road
Suite 200
JACKSON, MS 39211
601-718-0917
Fax: 601-718-2094
Email: screasey@forthepeople.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
JAY R. NOTZ

**Defendant**
NELSON FREIGHT SERVICE

**Defendant**
JOHN DOES
*1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2022 | 2 | COMPLAINT against JOHN DOES, NELSON FREIGHT SERVICE, JAY R. NOTZ, filed by DONNA HEAD. (Attachments: # 1 Civil Cover Sheet,) (LM) (Entered: 05/16/2022) |
| 05/16/2022 | 3 | SUMMONS Issued to NELSON FREIGHT SERVICE. (LM) (Entered: 05/16/2022) |
| 05/16/2022 | 4 | SUMMONS Issued to JAY R. NOTZ. (LM) (Entered: 05/16/2022) |

| MEC Service Center |
|---|
| Transaction Receipt |
| 07/05/2022 09:54:32 |

EXHIBIT A

Case: 25CI1:22-cv-00297-WLK   Document #: 2   Filed: 05/16/2022   Page 1 of 6

# IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**DONNA HEAD**  PLAINTIFF

VS.  CASE NO: 22-297

**JAY R. NOTZ; NELSON FREIGHT SERVICE, INC.;
AND JOHN DOES 1-10**  DEFENDANTS

## COMPLAINT WITH DISCOVERY ATTACHED
## (JURY TRIAL DEMANDED)

COMES NOW, Plaintiff, Donna Head (hereafter "Plaintiff"), by and through undersigned counsel of record and files this Complaint against and for cause would show unto this Honorable Court the following, to wit:

### PARTIES

1. Plaintiff, Donna Head, is an adult resident of Warren County, Mississippi who resides at 1105 Riverbend Road in Vicksburg, Mississippi.

2. Defendant Jay R. Notz (hereafter "Defendant Notz") is an adult resident citizen of Michigan and may be served with process at his resident address N15119 McClellan Ally in Amberg, Michigan 34102 or wherever he may be found or may be served by any manner allowed by Mississippi law.

3. Defendant Nelson Freight Service, Inc. (hereafter "Defendant Nelson Freight") is a foreign corporation organized under the laws of a state other than Mississippi but is doing business in the State of Mississippi and may be served with Complaint by serving its Registered Agent, Edward Jardenowski, 152 N Emery Avenue, Peshtigo, Wisconsin

1

54157 and/or being served under any method allowable under Mississippi Rules of Civil Procedure and/or applicable Mississippi Law.

4. Defendants, John Does 1-10, are believed to be corporations, entities, or individuals whose negligence, or the negligence of their employees or agents, caused or contributed to Plaintiff's injuries and/or damages as described herein. The identities of Defendants John Does 1-10 are unknown to Plaintiff at the present time. Plaintiff should be allowed to amend this complaint to designate as defendants such corporations, entities, or individuals at a time when said proper identities may be ascertained by them and they hereby respectfully request leave of the Court to do so, pursuant to Mississippi Rules of Civil Procedure.

## JURISDICTION AND VENUE

5. The First Judicial District Circuit Court of Hinds County, Mississippi has jurisdiction over the subject matter of this action since this action arises out of the negligent acts or omissions committed in the State of Mississippi.

6. Venue is proper in the First Judicial District of Hinds County Circuit Court pursuant to Mississippi Code § 11-11-3 as the subject incident occurred in Hinds County.

## FACTS

7. Plaintiff adopts and alleges the allegations contained in paragraphs 1 through 6 of this Complaint as if fully set out herein.

8. On March 21, 2021, the Plaintiff was operating a vehicle westbound on I-20 in the left lane near the I-20/I-55 split in Hinds County, Mississippi.

9. The Defendant Notz was driving his vehicle, while was in the course and scope of his employment with the Defendant Nelson Freight, west on I-20 in the right lane near the I-20/I-55 split in the same area and at the same time as Plaintiff.

10. The Defendant Notz attempted to change lanes into the lane of travel of Plaintiff and collided with the passenger side of Plaintiff's vehicle.

11. The Defendant Nelson Freight's employee, Defendant Notz, was in the course and scope of his employment with the Defendant Nelson Freight at the time of the accident and as a result, Defendant Nelson Freight is liable for any and all negligent acts of their employee.

12. The collision was caused by the recklessness, carelessness, and/or negligence of the Defendant Notz while in the course and scope of employment for Defendant Nelson Freight. for that among other acts, the Defendants:

    a) Failed to observe due care and precaution and maintain proper and adequate control of his motor vehicle;

    b) Failed to keep a proper lookout for the vehicles lawfully upon the property;

    c) Failed to exercise reasonable care in the operation of the motor vehicle he was operating under the circumstances then and there existing at the time of the subject incident;

    d) Committed other acts of negligence that will be proven at the trial of this cause.

13. As a proximate result of said collision and Defendants negligent acts, the Plaintiff was seen by several medical providers for treatment of the injuries she received in the above referenced collision.

14. As a direct and proximate result of the negligence of the Defendants, as set forth above, the Plaintiff sustained damages that may include, but are not necessarily limited to

3

serious physical injuries; past, present and future pain and suffering; past, present, and future emotional distress; past, present and future medical expenses; past, present and future lost wages and/or lost earning capacity and other damages that will be proved at the trial of this matter.

15. Defendant Notz, while in the course and scope of his employment and/or agency with Defendant Nelson Freight, negligently failed to safely operate his vehicle on March 21, 2021, which proximately caused the resultant collision and injuries to the Plaintiff.

16. Defendant Nelson Freight is liable as a result of their relationship with Defendant Notz via respondeat superior and vicarious liability but also, are negligent and liable for their own independent negligence, including, but not limited to negligent entrustment, negligent hiring, negligent training, negligent supervision, and negligent inspection and maintenance of the vehicle.

## COUNT ONE: NEGLIGENCE

17. Plaintiff adopts an alleges the allegations contained in paragraphs 1 through 16 of this Complaint as if fully set out herein.

18. Defendant Notz, while in the course and scope of his employment with Defendant Nelson Freight, negligently failed to safely operate his vehicle on March 21, 2021, which proximately caused the resultant collision and injuries to the Plaintiff.

19. For the above-referenced negligence, Plaintiff is entitled to damages.

## COUNT TWO: GROSS NEGLIGENCE

20. Plaintiff adopts and alleges the allegations contained in paragraphs 1 through 19 of this Complaint as if fully set out herein.

21. At the time of the collision made the basis of this suit, Defendant Brown and Socrates acted wantonly and in reckless disregard for the safety and welfare of other persons in that they:

    a. in reckless disregard for the safety and welfare of others, carelessly ignored their surroundings and thereby intentionally causing the aforementioned damages to the Plaintiff which were the reasonably foreseeable consequences of their wanton, reckless or intentional misconduct;

    b. engaged in such other and further acts of wanton, reckless or intentional wrongdoing as subsequent discovery may reveal;

22. Said conduct was willful, wanton and grossly negligent and exhibited reckless disregard for the rights and safety of Plaintiff so as to give rise to an award of punitive damages.

23. As a result of the negligence of Defendant Brown and Defendant Socrates, Plaintiff Gwendolyn Anderson suffered damages, including but not limited to, past pain, suffering and mental anguish, accrued medical expenses, lost earnings, loss of household services and other changes to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, the Plaintiff requests a trial by jury and demands including actual, compensatory, consequential, and incidental damages, for physical injuries; past, present and future physical and emotional pain and suffering, past, present and future medical expenses; and any other special damages that may be incurred by the Plaintiff, together with attorney's fees, costs of suit and any further relief as the court may deem proper not exceed the jurisdictional limits of this Court.

**RESPECTFULLY** submitted this ___7___ day of ___April___, 2022.

Samuel F. Creasey, Esq.

OF COUNSEL:

Samuel F. Creasey, Esq. (MSB No. 99555)
MORGAN & MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone: (601) 949-3388
Facsimile: (601) 718-2094
Email: screasey@forthepeople.com

6

**COVER SHEET**
Case: 25CI1:22-cv-00297
Civil Case Filing Form
(To be completed by Attorney/Party Prior to Filing of Pleading)

Court Identification Docket #
County # | Judicial District | Court ID (CH, CI, CO)
`2 5` `1` `C1`

Case Year Filed: 06/16/2022
`2 0 2 2`

Docket Number
`1 2 9 7`

Local Docket ID

Month Date Year
`0 5` `1 6` `2 2`

This area to be completed by clerk

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2020)

Case Number if filed prior to 1/1/94

In the CIRCUIT Court of HINDS County — FIRST Judicial District

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form
Individual: Head (Last Name), Donna (First Name), Maiden Name, M.I., Jr/Sr/III/IV

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___
___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ___

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

Address of Plaintiff: 1105 River Bend Rd Vicksburg, MS 39183
Attorney (Name & Address): Sam Creasey, 4450 Old Canton Road, Suite 200, Jackson, MS 39211 — MS Bar No. 99555
___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form
Individual: Notz (Last Name), Jay (First Name), Maiden Name, M.I. R, Jr/Sr/III/IV

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___
___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

Attorney (Name & Address) - If Known ___ MS Bar No. ___

___ Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff | [ ] Foreign Judgment | [ ] Other ___ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other ___ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other ___ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other ___ | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other ___ | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other ___ | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [X] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Testate Estate | [ ] Declaratory Judgment | [ ] Premises Liability |
| [ ] Other ___ | [ ] Will Contest | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment | [ ] Other ___ | [ ] Subrogation |
| | | | [ ] Wrongful Death |
| | | | [ ] Other ___ |

[ ] Alcohol/Drug Commitment (voluntary)
[ ] Other ___

IN THE <u>CIRCUIT</u> ☑ COURT OF <u>HINDS</u> COUNTY, MISSISSIPPI
<u>FIRST</u> ☑ JUDICIAL DISTRICT, CITY OF _____

Docket No. <u>22</u> - <u>297</u> _____ Docket No. If Filed Prior to 1/1/94 _____
    File Yr    Chronological No.    Clerk's Local ID

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**
Individual: _____ _____ ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____
Business <u>Nelson Frieght Service INC</u>
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
D/B/A _____
ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**
Individual: _____ _____ ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____
Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
D/B/A _____
ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**
Individual: _____ _____ ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____
Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A _____
ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

DONNA HEAD　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

VS.

JAY R. NOTZ; NELSON　　　　　　　　CIVIL ACTION NO. 22-297
FREIGHT SERVICE, INC.;
AND JOHN DOES 1-10

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### SUMMONS

STATE OF MISSISSIPPI
COUNTY OF

TO: Nelson Freight Service, Inc　　　OR　　　Wherever he may be found
　　152 N Emery Avenue
　　Peshtigo, Wisconsin 54157

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

　　You are required to mail or hand-deliver a copy of a written response to the Complaint to Samuel F. Creasey attorney for the Plaintiff, whose address is 4450 Old Canton Rd., Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your written responses to the discovery which is simultaneously being served with the Complaint must be mailed or delivered within forty five (45) days from the date of delivery of this Summons and Complaint.

　　You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

　　Issued under my hand and the seal of said Court this 16 day of May, 2022.

　　　　　　　　　　　　　　　　　　ZACK WALLACE, CIRCUIT CLERK OF
　　　　　　　　　　　　　　　　　　HINDS COUNTY

　　　　　　　　　　　　　　　　　　By: L. M J , D.C.

SAMUEL F. CREASEY, (MSB #99535)
Morgan & Morgan, P.A.
4450 Old Canton Rd, Suite 200
Jackson, MS 39211
Telephone: (601) 718-0917
Facsimile: (601) 718-2094
screasey@forthepeople.com
*Attorney for the Plaintiff*

1

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DONNA HEAD                                                                PLAINTIFFS

VS.

JAY R. NOTZ; NELSON                         CIVIL ACTION NO. 22-297
FREIGHT SERVICE, INC.;
AND JOHN DOES 1-10
                                                                          DEFENDANTS

SUMMONS

STATE OF MISSISSIPPI
COUNTY OF

TO: Jay R. Notz              OR      Wherever he may be found
    N15119 McClellan Ally
    Amberg, Michigan 34102

NOTICE TO DEFENDANT

THE COMPLAINT AND DISCOVERY WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Samuel F. Creasey attorney for the Plaintiff, whose address is 4450 Old Canton Rd., Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your written responses to the discovery which is simultaneously being served with the Complaint must be mailed or delivered within forty five (45) days from the date of delivery of this Summons and Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court this 16 day of May, 2022.

ZACK WALLACE, CIRCUIT CLERK OF
HINDS COUNTY

By: L. M_____, D.C.

SAMUEL F. CREASEY, (MSB #005557)
Morgan & Morgan, P.A.
4450 Old Canton Rd, Suite 200
Jackson, MS 39211
Telephone: (601) 718-0917
Facsimile: (601) 718-2094
screasey@forthepeople.com
*Attorney for the Plaintiff*

1